UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

    LINDA J. KAPELANSKI,

        DEBTOR.
_____/

CASE NO. 10-67945
HON. THOMAS J. TUCKER
CHAPTER 13

## NOTICE OF VOLUNTARY CONVERSION OF
## CHAPTER 7 CASE TO CHAPTER 13 CASE

PLEASE TAKE NOTICE that pursuant to 11 USC § 706(a), the above-captioned debtor converts this Chapter 7 bankruptcy case to a Chapter 13 bankruptcy case.

LAW OFFICES OF ROCHELLE GUZNACK

/s/ Rochelle E. Guznack
Rochelle E. Guznack (P61675)
905 W. Ann Arbor Trail
Plymouth, MI 48170
(248) 679-1552
rguznack@gmail.com

Dated: September 21, 2010